# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ANTOINE,<br><br>    Plaintiff,<br><br>  v.<br><br>P. FIGUEROA, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:08-cv-00760-SMS PC<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT, TO COMMENCE FOLLOWING SCREENING BY COURT<br><br>(Doc. 1) |

  Plaintiff Paul Antoine ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action. Defendants Figueroa and Anlauf ("Defendants") removed this action from Kings County Superior Court on May 29, 2008. In conjunction with their notice of removal, Defendants move for a thirty-day extension of time to respond to the complaint, commencing once the complaint has been screened by the Court pursuant to 28 U.S.C. § 1915A.

  Good cause having been found, it is HEREBY ORDERED that:

  1. Defendants' request for an extension of time to respond to the complaint is GRANTED; and

///
///
///
///
///

1

2.   Defendants are relieved of their obligation to respond to the complaint until directed to do so by the Court, at which time Defendants will be provided with thirty days to respond.[1]

IT IS SO ORDERED.

Dated:   **June 4, 2008**              /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE

---

[1] The complaint will be screened in due course.