UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ANTOINE,<br><br>　　　　　　Plaintiff,<br>　　vs.<br>P. FIGUEROA, et al.,<br><br>　　　　　　Defendants.<br>_____/ | 1:08-cv-00760 LJO-SMS (PC)<br><br>ORDER GRANTING FIRST MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING<br><br>(Motion #14) |

On April 9, 2009, defendants filed a motion to extend time to file their responsive pleading. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants' responsive pleading is due on or before April 29, 2009.

IT IS SO ORDERED.

**Dated:　April 13, 2009**　　　　　　　　　　**/s/ Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE