# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ANTOINE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>P. FIGUEROA, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:08-cv-00760-SMS PC<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER, AND VACATING DISCOVERY AND MOTION DEADLINES PENDING RESOLUTION OF MOTION TO COMPEL<br><br>(Doc. 18)<br><br>ORDER REQUIRING PLAINTIFF TO FILE N OPPOSITION OR A STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION TO COMPEL WITHIN THIRTY DAYS OR SANCTIONS WILL BE IMPOSED<br><br>(Doc. 18) |

　　Plaintiff Paul Antoine is a former state prisoner proceeding pro se in this civil rights action, which Defendants Figueroa and Anlauf removed from Kings County Superior Court on May 29, 2008. This action is proceeding against Defendants Figueroa and Anlauf for retaliation, and against Defendant Figueroa for denial of access to the courts in violation of Plaintiff's federal constitutional rights. Pursuant to the scheduling order issued on May 4, 2009, the deadline for the completion of all discovery was December 30, 2009, and the deadline for filing pretrial dispositive motions is March 2, 2010.

///

///

On December 30, 2009, following Plaintiff's failure to appear for his deposition, Defendants filed a motion to modify the scheduling order, and to compel Plaintiff to file a notice of current address and to appear for his deposition. Plaintiff did not file a response. Local Rule 230(l).[1]

Good cause having been shown, Fed. R. Civ. P. 16(b)(4), it is HEREBY ORDERED that:

1. Defendants' motion to modify the scheduling order is GRANTED;

2. The discovery and pretrial dispositive motions deadlines are VACATED pending resolution of Defendants' motion to compel;

3. Plaintiff is required to file an opposition or a statement of non-opposition to Defendants' motion to compel within **thirty (30) days** from the date of service of this order; and

4. The failure to file an opposition or a statement of non-opposition in compliance with this order will result in the imposition of sanctions deemed appropriate by the Court, which may include dismissal of this action, with prejudice, for failure to prosecute.

IT IS SO ORDERED.

**Dated:   January 28, 2010**             /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Although Plaintiff is out of custody as far as the Court is aware, in accordance with the Court's general practice, Local Rule 230(l) shall continue to apply to this action.